IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LIMELIGHT NETWORKS, INC.,<br><br>    Defendant. | Civil Action No. 2:07cv589 (RGD-FBS) |

PLAINTIFF LEVEL 3 COMMUNICATIONS, LLC'S
MOTION FOR CLAIM CONSTRUCTION

NOW COMES Plaintiff Level 3 Communications, LLC, by counsel, and moves for construction of the claims of the patents at issue as more fully set forth in the Memorandum of Law filed simultaneously herein.

LEVEL 3 COMMUNICATIONS, LLC

Date: June 13, 2008

By its attorneys,

/s/
Michael R. Katchmark
(VSB No. 40440)
Counsel for Level 3 Communications, LLC
Willcox & Savage, P.C.
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5615
(757) 333-3615 Facsimile
mkatchmark@wilsav.com

Charles B. Molster, III (VA Bar No. 23613)
Ryan Sparacino (VA Bar No. 68675)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5988
(202) 282-5100 (fax)
cmolster@winston.com

Peter C. McCabe III
Peggy M. Balesteri
Winston & Strawn LLP
35 West Wacker Dr.
Chicago, Illinois 60601
(312) 558-5600

Pejman F. Sharifi
Jason S. Charkow
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

Robert M. Yates (Level 3 Corporate Counsel)
David D. Wier IV (Level 3 Corporate Counsel)
Level 3 Communications
1025 Eldorado Boulevard
Broomfield, Colorado 80021
(720) 888-1000
*Attorneys for Plaintiff Level 3*
*Communications, LLC*

CERTIFICATE OF SERVICE

       I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen E. Noona
VSB No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com
Counsel for Defendant Limelight Networks, Inc.


Daniel F. Attridge
dattridge@kirkland.com
Charanjit Brahma
cbrahma@kirkland.com
Gregory F. Corbett
gcorbett@kirkland.com
Kirkland & Ellis LLP
655 Fifteenth St., NW
Suite 1200
Washington, D.C.  20005
(202) 879-5000
(202) 879-5200
Counsel for Defendant Limelight Networks, Inc.


       To the best of my knowledge, there are no other attorneys who require service by U.S. Mail.

       /s/_____
       Michael R. Katchmark
       (VSB No. 40440)
       Counsel for Level 3 Communications, LLC
       WILLCOX & SAVAGE, P.C.
       1800 Bank of America Center
       Norfolk, Virginia 23510
       (757) 628-5500
       (757) 628-5516 Facsimile
       mkatchmark@wilsav.com